STATE OF NEW JERSEY v. XYZ CORPORATION.

September 6, 1989.

Petition for certification granted. (See 232 *N.J.Super.* 423).

BYRAM TOWNE ASSOCIATES, INC., ETC.
v. CHEYENNE CORPORATION, ETC., ET AL.

September 6, 1989.

Petition for certification denied.

IN RE INVESTIGATION INTO THE ACTIVITIES OF EAST NEWARK POLICE CHIEF WILLIAM THOMPSON.

September 6, 1989.

Petition for certification denied.

TEMPLET INDUSTRIES, INC. v. LOMART INDUSTRIES, INC., ET AL.

September 6, 1989.

Petition for certification denied.